```
Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Spencer L. Pfeiff (SBN 343305)
Spencer@SwigartLawGroup.com
Jessica R. Pfeiff (SBN 351615)
Jessica@SwigartLawGroup.com
SWIGART LAW GROUP, APC
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ROMERO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No: 3:24-cv-02273-H-BJC<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT |

Swigart Law Group, APC
Joshua Swigart SBN 225557
2221 Camino del Rio S., Ste. 308
San Diego, CA  92108

Representing: Plaintiff

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| MAYRA ROMERO<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>AMAZON.COM, INC.<br>**Defendant/Respondent** | Case No. 3:24-cv-02273-H-MSB<br><br>Proof of Service of:<br>Complaint, Civil Cover Sheet, Summons<br><br>Service on:<br>Amazon.com, Inc. |

PROOF OF SERVICE

Order # 24278585

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Swigart Law Group, APC<br>Joshua Swigart SBN 225557<br>2221 Camino del Rio S., Ste. 308<br>San Diego, CA 92108<br>　　　　TELEPHONE NO:　　　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　josh@swigartlawgroup.com<br>　　ATTORNEY FOR *(Name)*:　Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:　MAYRA ROMERO<br>DEFENDANT / RESPONDENT:　AMAZON.COM, INC. | CASE NUMBER:<br>3:24-cv-02273-H-MSB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12299425 (24278585) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:　　　　　　　　　Amazon.com, Inc.

3. Person Served:　　　　　　　　Corporation Service Company - Ellen jones, Intake Specialist

4. Date & Time of Delivery:　　　　December 9, 2024 at 12:11 pm PST

5. Address, City and State:　　　　300 Deshutes Way SW Ste 304 Tumwater, WA, 98501

6. Manner of Service:　　　　　　Personal Service - By personally delivering copies.

Fee for service: $145

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ T. Brixey*

TIM BRIXEY

Not a Registered California process server.
TIM BRIXEY

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: December 9, 2024

PROOF OF SERVICE

1 of 1
Order #24278585