# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ROMERO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 3:24-cv-02273-H-BJC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 5] |

On December 5, 2024, Plaintiff Mayra Romero filed a complaint. (Doc. No. 1.) On December 18, 2024, the parties filed a joint motion to extend Defendant Amazon.com, Inc.'s time to answer Plaintiff's complaint. (Doc. No. 5.) For good cause shown, the Court grants the joint motion. Defendant must answer or otherwise respond to Plaintiff's complaint by **January 29, 2025**.

**IT IS SO ORDERED.**

DATED: December 19, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT