# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MAYRA ROMERO, on behalf of herself and all others similarly situated,

    **Plaintiff,**

V.

AMAZON.COM, INC.,

    **Defendant.**

Case No.  3:24-cv-02273-H-BJC

**PRO HAC VICE APPLICATION**

Amazon.com, Inc.
(Party Represented)

I, **Jennifer J. Nagle** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

- My firm name: K&L Gates LLP
- Street address: 1 Congress Street, Suite 2900
- City, State, ZIP: Boston, MA  02114
- Phone number: (617) 951-9197
- Email: jennifer.nagle@klgates.com

That on **Nov. 29, 2007** (Date) I was admitted to practice before **the Massachusetts Supreme Judicial Court** (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [X] have ) [ ] have not ) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: Stephen v. Nutra Holdings, Inc., et al.
Case Number: 3:24-cv-00546-H-BLM
Date of Application: 3/26/2024
Application: [X] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jennifer J. Nagle
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kevin S. Asfour (Name)
(310) 552-5000 (Telephone)
K&L Gates LLP (Firm)
10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, CA  90067
(Street) (City) (Zip code)

/s/ Jennifer J. Nagle
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Kevin S. Asfour
(Signature of Designee Attorney)