1  Kevin S. Asfour (228993)
   kevin.asfour@klgates.com
2  K&L GATES LLP
   10100 Santa Monica Blvd., 8th Floor
3  Los Angeles, California 90067
   Telephone: (310) 552-5000
4  Facsimile:  (310) 552-5001

5  [*Additional counsel listed below*]

6  Attorneys for Defendant
   Amazon.com, Inc.
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MAYRA ROMERO, on behalf of herself and all others similarly situated, | Case No. 3:24-cv-02273-H-DTF |
| 12  Plaintiff, | **DEFENDANT AMAZON.COM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 13  v. | |
| 14  AMAZON.COM, INC., | |
| 15  Defendant. | |
| 16 | **[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Kevin S. Asfour; and Proposed Order]** |
| 17 | |
| 18 | Date:         March 10, 2024<br>Time:         10:30 a.m.<br>Courtroom  12A<br>Judge:        Hon. Marilyn L. Huff<br>Trial Date:   None Set<br>Date Filed:  December 5, 2024 |
| 19 | |
| 20 | |
| 21 | |

22
23
24
25
26
27
28

**TO THE HONORABLE COURT AND TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 10, 2025, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 12A of the above-referenced court, located at 333 West Broadway, San Diego, California 92101, Defendant Amazon.Com, Inc. ("Amazon") will and hereby does move this Court to dismiss Plaintiff's First Amended Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that: (i) Plaintiff's California state law claims are barred by the choice-of-law provision in Amazon's Conditions of Use; (ii) Plaintiff fails to allege plausible claims for relief against Amazon; (iii) Plaintiff lacks Article III standing to seek injunctive relief; and (iv) Plaintiff fails to allege that she lacks an adequate remedy at law and thus cannot recover equitable relief.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Declaration of Kevin S. Asfour and the exhibits thereto filed concurrently herewith, the complete files and records in this action, and upon such other and further evidence and argument as the Court may allow at the hearing.

Accordingly, Defendant Amazon seeks an order pursuant to Rule 12(b)(1) and Rule 12(b)(6) dismissing the First Amended Complaint with prejudice.

| | | |
|---|---|---|
| 1 | Dated: January 28, 2025 | K&L GATES LLP |
| 2 | | |
| 3 | | By: s/ Kevin S. Asfour |
| 4 | | Kevin S. Asfour |

Jennifer J. Nagle (*Pro Hac Vice*)
Robert W. Sparkes, III (*Pro Hac Vice*)
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
jennifer.nagle@klgates.com
robert.sparkes@klgates.com

Loly G. Tor (*Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Tel: (973) 848-4026
loly.tor@klgates.com

*Attorneys for Defendant*
*Amazon.com, Inc.*