# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ROMERO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 24-cv-02273-H-DTF<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO CONTINUE; AND**<br><br>**(2) SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**<br><br>[Doc. No. 19.] |

On January 28, 2025, Defendant Amazon.com, Inc. filed a motion to transfer venue to the Western District of Washington. (Doc. No. 17.) A hearing on Defendant's motion to transfer venue is currently scheduled for Monday, March 3, 2025 at 10:30 a.m. On January 28, 2025, Defendant filed a motion to dismiss Plaintiff Mayra Romero's complaint for failure to state a claim. (Doc. No. 18.) A hearing on Defendant's motion to dismiss is currently scheduled for Monday, March 10, 2025 at 10:30 a.m.

On February 6, 2025, the parties filed a joint motion to continue the hearings on both motions. (Doc. No. 19.) The parties request that the Court continue the hearings to avoid

overlapping briefing schedules on the motions. (Doc. No. 19 at 2.) For good cause shown, the Court grants the joint motion and orders as follows:

1. Any opposition to Defendant's motion to transfer venue must be filed by **Monday, March 3, 2025**.

2. Any reply in support of Defendant's motion to transfer venue must be filed by **Monday, March 10, 2025**.

3. The hearing on Defendant's motion to transfer venue is continued to **Monday, March 24, 2025 at 10:30 a.m. Pacific Time**.

4. Any opposition to Defendant's motion to dismiss must be filed by **Monday, April 7, 2025**.

5. Any reply in support of Defendant's motion to dismiss must be filed by **Monday, April 21, 2025**.

6. The hearing on Defendant's motion to dismiss is continued to **Monday, May 5, 2025 at 10:30 a.m. Pacific Time**.

**IT IS SO ORDERED.**

DATED: February 11, 2025

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT